# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JAY AVELAR,

      Plaintiff,

vs.                                                                                                                                  No. CIV 20-0752 JB/SMV

WAL-MART STORES EAST, LP,

      Defendant.

## **FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on Order of Dismissal with Prejudice, filed February 12, 2021 (Doc. 14)("Order"). In the Order, the Court states: "[T]he above-captioned proceeding is hereby dismissed with prejudice, with each party to bear his or its attorneys' fees and costs." Order at 1. There not being any more parties, claims, or issues before the Court, the Court hereby dismisses this action with prejudice.

      **IT IS ORDERED** that: (i) all claims are dismissed with prejudice; (ii) this case is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                                                    _____

                                                                                    UNITED STATES DISTRICT JUDGE

*Counsel:*

David B. Joeckel, Jr.
The Joeckel Law Office
Fort Worth, Texas

      *Attorneys for the Plaintiff*

- 2 -

Charlotte A. Lamont
Shaylon Lovell
Littler Mendelson, P.C.
Albuquerque, New Mexico

    *Attorneys for the Defendant*